IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:08-cv-00074-MP-AK

1969 PIPER PA-31-310 AIRPLANE SN:31-587, REGISTRATION: N999SX,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, the government's Motion to Dismiss this civil forfeiture action. As stated in the motion, the criminal defendant associated with the above airplane has been found guilty and has stipulated to the forfeiture of the plane and the disposition of the property in the criminal case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to dismiss, Doc. 10, is granted, this case is dismissed without prejudice with each party to bear its own costs and fees.

**DONE AND ORDERED** this _10th_ day of August, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge